IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, <br><br> Plaintiff, <br><br> v. <br><br> T.P. & F.S. HERITAGE INN OF NAPERVILLE OPCO, L.L.C., a Delaware limited liability company, <br><br> Defendant. | Case No. 1:19-cv-2260 <br><br> Hon. Matthew F. Kennelly <br><br> Magistrate Judge Hon. Mary M. Rowland |

**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement and Stipulation of Dismissal. The parties respectfully request that they be given 30 days to file a Stipulation of Dismissal, and that in the meantime, all upcoming deadlines, including, but not limited to, Defendant's response to the complaint, and the Status Hearing, be adjourned *sine die*.

                                            Respectfully submitted,

                                            BLACKMORE LAW PLC

                                            /s/ Angela C. Spears
                                            Angela C. Spears (IL Bar #: 6327770)
                                            BLACKMORE LAW PLC
                                            9418 Lindsay St.
                                            Orland Hills, IL 60487
                                            T: (833) 343-6743
                                            F: (855) 744-4419
                                            E: aspears@blackmorelawplc.com
                                            *Counsel for Plaintiff*

Dated: June 5, 2019